# Law Offices of
# MICHAEL D. HORN
WWW.MICHAELDHORN.COM

January 11, 2013

Hon. Vera M. Scanlon
Eastern District of New York
225 Cadman Plaza
Brooklyn, NY 11201
By ecf

Re:   Tursi el al. v. The City of New York et al.
      12CV1598

Your Honor:

    Perhaps I erred in relying on co-counsel's letter regarding settlement that was submitted to the court on January 7, 2013. My clients have executed settlement agreements with Nassau County and those written agreements were mailed via parcel post. Said agreement was finalized on January 8, 2013. As I believed Mr. Stoll's letter spoke for all plaintiffs I mistakenly believe a letter from myself would be redundant.

    Mr. Stoll's letter (attached herein) stated that "all the parties" in the action had agreed in principal to the settlement. To the extent that the Court's order of December 28, 2013 was misunderstood this was an oversight on my behalf. Whatever additional guidance the court would offer will be greatly appreciated.

Michael D. Horn

cc.   Andrew Kenneth Preston
      apreston@nassaucountyny.gov



475 Atlantic Avenue, 3rd Floor
Brooklyn, NY 11217
P: (718) 852-3710
F: (718) 852-3586

www.stollglickman.com

Hon. Vera M. Scanlon
Eastern District of New York
225 Cadman Plaza
Brooklyn, NY 11201
By ecf

January 7, 2013

RE:   Kevin Bustamante et al v. Nassau County et al
      12CV1598

Your Honor,

I write on behalf of all of the parties in the above referenced matter to advise the Court that the parties have agreed in principle to a settlement of the claims between the plaintiffs and Nassau County and its employees, as well as the previously indicated settlement with the City of New York and its employees.

It is our hope settlement paperwork will be forthcoming, and I respectfully request a cancellation of tomorrow's settlement conference in light of the disposition.

Sincerely Yours,

Andrew B. Stoll
Stoll, Glickman & Bellina L.L.P.